**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 26-cv-81061-EA**

**Nataliia Korotka, et al.,**

Plaintiffs,

v.

**Director of U.S. Citizenship and Immigration Services,**

Defendant,
___________________________________/

## ORDER CLOSING CASE

This cause is before the Court on the Plaintiffs' Notice of Voluntary Dismissal. [ECF No. 8]. Therefore, it is **ORDERED AND ADJUDGED**:

1. The Clerk of the Court is instructed to **CLOSE THIS CASE**.

2. All pending motions are **DENIED AS MOOT**, and all deadlines are **TERMINATED**.

**DONE and ORDERED** in Chambers, West Palm Beach, Florida, this 23rd day of September 2026.

ED ARTAU
UNITED STATES DISTRICT JUDGE

Copies Served:
**Curtis Lee Morrison**
Red Eagle Law, L.C.
5256 S. Mission Road
Suite 135
Bonsall, CA 92003
714-661-3446
Email: curtis@redeaglelaw.com

**Matthew James Lemakos**
Murray , Lemakos
4781 North Congress Avenue
215
Boynton Beach, FL 33426
8772535584
Email: matt@lemakoslaw.com

**Noticing INS Attorney**
Email: usafls-immigration@usdoj.gov